IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                   )   2:11-cv-00119-GEB-EFB
       Plaintiff,  )
                   )   <u>ORDER CONTINUING STATUS</u>
    v.             )   <u>(PRETRIAL SCHEDULING)</u>
                   )   <u>CONFERENCE</u>
Thomas A. Romeo,   )
                   )
       Defendant.  )
_____)

        Plaintiff states in his Status Report filed April 22, 2011: "Defendant was served, but has not answered. . . . [and] Plaintiff has filed a Request for Clerk's Entry of Default against Defendant and anticipates a motion date in August 2011." (ECF No. 8, 2:12, 3:12-14.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on June 13, 2011, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for May 9, 2011, is continued to commence at 9:00 a.m. on September 19, 2011. A status report shall be filed fourteen (14) days prior to the status conference

1

in which Plaintiff is required to explain the status of the default proceedings.

 IT IS SO ORDERED.

Dated: May 9, 2011

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```